# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LANDMARK NETWORKS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C17-855-JPD |

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The parties' stipulated motion to dismiss this case is granted, and all claims in this case are dismissed with prejudice and without costs or attorneys' fees to either party.


Dated this 13th day of July, 2017.


                                                    _____WILLIAM M. McCOOL_____
                                                                    Clerk


                                                    s/ Tim Farrell_____
                                                    Deputy Clerk